# MEMORANDA

OF

CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME NOT REPORTED IN FULL.

---

JACOB BERRY, Plaintiff in Error, *v.* THE PEOPLE OF THE
STATE OF NEW YORK, Defendant in Error.

(Submitted March 20, 1879; decided April 8, 1879.)

THIS case was decided principally on opinion of INGALLS,
J., in court below.

*William F. Kintzing* and *John R. Fellows* for plaintiff in
error.

*Benj. K. Phelps* for defendant in error.

*Per Curiam* opinion for affirmance.
All concur, except RAPALLO, J., absent at argument.
Judgment affirmed.